IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Everett Holloway

    Plaintiff(s),

v.

Zurich American Insurance Company

    Defendant(s).

---

**DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL**

---

TO:    HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Zurich American Insurance Company ("Zurich") files this Notice of Removal of the above-styled case from the Denver District Court, Colorado, to the United States District Court for the District of Colorado, based on the following grounds:

**I.    INTRODUCTION**

    1.    Plaintiff filed his Original Complaint on July 10, 2018.  <u>Exhibit A</u>**.**

**II.    THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION**

    2.    Pursuant to 28 U.S.C. § 1441(b), a defendant may remove a case from state court to federal court based on diversity jurisdiction, and pursuant to § 1332(a)(1), a federal district court may exercise diversity jurisdiction where the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. This action has been removed to Federal Court based on the following jurisdictional basis: diversity of citizenship pursuant to 28 U.S.C. § 1332.

    **A.    Complete diversity exists**

4. There is complete diversity of citizenship between Plaintiff and Defendant.

5. Plaintiff is a citizen of North Carolina. Exhibit A, Complaint ¶ 1.

6. Pursuant to 28 U.S.C. § 1332, a corporation is deemed to be a citizen of every state in which it has been incorporated, and of the state where it has its principal place of business.

7. The citizenship of a limited liability company is determined by the citizenship of each of its members. *GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.,* 357 F.3d 827, 829 (8th Cir.2004).

8. Zurich American Insurance Company was incorporated in New York and maintains its principal place of business in New York. Zurich American Insurance Company is therefore a citizen of New York.

9. Thus, the controversy herein between Plaintiff and Defendant is a controversy between citizens of different states and countries.

**III.    SERVICE OF COMPLAINT**

10. Zurich was served with Plaintiff's Complaint on July 16, 2018.

11. This Notice of Removal is being filed within thirty (30) days of service and is timely pursuant to 28 U.S.C. § 1446(b).

**IV.    VENUE OF REMOVED ACTION**

12. Zurich may remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the United States District Court for the District of Colorado, and because this Court has jurisdiction pursuant

to 28 U.S.C. § 1332(a). The lawsuit is comprised entirely of a civil nature, is an action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interests and costs.

## V. CONSENT, NOTICE TO OTHER PARTIES, AND NOTICE TO STATE COURT

13. Zurich is the only Defendant in this matter.

14. Pursuant to § 1446(d) and Local Rule 81.1, written notice of the filing of the Notice of Removal is being contemporaneously filed with the Denver District Court, Colorado, and is being served on Plaintiff.

15. No hearings are currently set in the state court proceeding, and no trial date has been set.

## VI. PLEADINGS IN THE STATE COURT ACTION

16. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the District Court, Denver County, Colorado are provided with this Notice of Removal.

17. No responsive pleadings in the state court action, and no other pleadings have been filed.

## VII. AMOUNT IN CONTROVERSY

18. Under the jurisdictional provisions of 28 U.S.C. § 1332, this case is one which may be removed to this Court by a defendant, pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, as appears by copy of Plaintiff's Complaint.

19. Plaintiff alleges that as a result of Zurich's bad faith breach of insurance contract has proximately caused Plaintiff to suffer economic and non-economic harm, losses, and damages.

Plaintiff Everett Holloway respectfully requests that judgment be entered in his favor and against Defendant Zurich American Insurance Company in an amount which will fully compensate him for all damages he has sustained to the full extent allowed by law, including but not limited to economic damages, non-economic damages, and damages for permanent physical impairment and disfigurement as provided for under Colorado Law as well as costs, including expert witness fees, interest at the maximum amount allowed by law, for two times the amount of covered benefits that have been wrongly and unreasonably withheld as statutory penalties under Colorado insurance law, for reasonable attorney fees and costs of suit incurred in bringing this action as permitted under Colorado insurance statutes, for all consequential compensatory damages, economic and non-economic, caused by Defendant's bad faith conduct, and for such other and further relief as the Court deems just and appropriate.  Exhibit A, ¶ 62 & Prayer for Relief.  As identified in the Complaint, Plaintiff sent a settlement demand to Defendant seeking policy limits in the amount of $1,000,000 from the Defendant.  *Id.* at ¶ 28.  Plaintiff further alleges in his Complaint that his future economic losses exceed $2,000,000.  *Id.* at ¶ 30.  Based on the claimed alleged damages, this matter in controversy exceeds the sum of $75,000.00, exclusive of interest.

20. By this Notice of Removal, Zurich does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action, and Zurich intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions and/or pleas.

WHEREFORE, Zurich prays that this case proceed in the United States District Court for the District of Colorado as an action properly removed thereto.

Respectfully submitted this 6th day of August, 2018.

                                              s/Barbara J. Stauch
Richard A. Waltz, Esq.
Barbara J. Stauch, Esq.
Waltz|Reeves
1660 Lincoln Street, Suite 2510
Denver, CO 80264
Telephone: 303-830-8800
Facsimile: 303-830-8850
dwaltz@waltzreeves.com
bstauch@waltzreeves.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2018, I electronically filed a true and correct copy of the above Zurich American Insurance Company Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jim Leventhal, Esq.
S. Paige Singleton, Esq.
Leventhal & Puga, P.C.
950 S. Cherry Street
Suite 600
Denver, CO 80246

                                              s/Barbara J. Stauch